85 Branch Street
Pawtucket, RI 02860-1018
Phone  (401) 729-5009
Fax    (401) 727-3423

January 7, 2020

Re: 20 Oswald St, Pawtucket, RI

**The amount to redeem this property is $1,526.77 and must be by CASH or a CERTIFIED CHECK made payable to: Pawtucket Water Supply Board.**

The redemption details on this property are as follows:

| | |
|---|---:|
| Water charges paid at tax sale | $ 916.58 |
| Tax Lien Sale Fee paid at tax sale | 250.00 |
| Recording Fee for the **Collectors Deed** | 85.00 |
| Statutory Interest | 150.19 |
| Legal Fee – Preparation of the Redemption Certificate | 125.00 |
| Total Redemption Payment | $1,526.77 |

*[handwritten: Per Ron @ Water Collection this is base amt.]*

**In addition**, a separate payment to be made payable to the City of Pawtucket is required to record the Redemption Certificate. By state law this Redemption Certificate must be recorded within 20 days of receipt of the redemption payment. **Therefore you must include an additional payment in the amount of $85.00 by CASH or a CHECK made payable to: City of Pawtucket.**

**This redemption is NOT complete unless both payments are received.** The interest amount on this property will continue until BOTH payments are received.

Please include the name of the individual or company that is remitting the redemption payment. This information is necessary for the preparation of the Redemption Certificate.

Also, please provide mailing instructions for the Redemption Certificate once it is recorded.

These payments must be received by **January 22, 2020** If these payments are not received by this date you will need to request a new payment amount.

If this property is to be sold, you will need to contact Customer Service at 401-729-5014 once a closing date is scheduled for the sale of this real estate and request the payoff amount for the current balance on this property. The final meter reading will be required for Customer Service to compute the payoff for closing. **You will need to issue a separate check for the payoff amount payable to: Pawtucket Water Supply Board.**

If you will be mailing the payments to our offices, our address is:
Pawtucket Water Supply Board, 85 Branch Street, Pawtucket, RI 02860-1018.

If you have any questions or concerns, please contact Ron Salois directly at (401) 729-5009 or by email at: rnsalois@pwsb.org.

Yours truly,

*Ronald N. Salois*

Ronald N. Salois
Manager of Customer Service