# CHASE 

## Terms and Conditions (Remitter and Payee):

Novad/Sutherland Mortgage Services, Inc.
Attn: Loan Servicing Department
2401 N.W. 23rd Suite 1A1
Oklahoma City, OK 78107

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
    - Please cash/deposit this Cashier's Check as soon as possible to
      prevent this from occurring
    - In most cases, the funds will be considered "abandoned"
      before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
    - Stop Payment can only be placed if the Cashier's Check
      is lost, stolen, or destroyed
    - We may not re-issue or refund the funds after the stop payment has
      been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY

**CASHIER'S CHECK**

Customer Copy

9163325277

01/17/2020
Void after 7 years

**Remitter:** NOVAD MANAGEMENT CONSULTING LLC

$** 1,526.77 **

**Pay To The Order Of:** PAWTUCKET WATER SUPPLY BOARD

Memo:------------------------------------------------------------
Note: For information only. Comment has no effect on bank's payment.

Drawer: JPMORGAN CHASE BANK, N.A.

**NON NEGOTIABLE**

---

282111107 NEW 01/08 8810004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK  **CASHIER'S CHECK**  HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

# CHASE

9163325277    25-3
440

Date  01/17/2020    Void after 7 years

**Remitter:** NOVAD MANAGEMENT CONSULTING LLC

For the Benefit Of HUD

**Pay To The Order Of:** PAWTUCKET WATER SUPPLY BOARD

**Pay:** ONE THOUSAND FIVE HUNDRED TWENTY SIX DOLLARS AND 77 CENTS

$** 1,526.77 **

Brown
Memo: Parcel 17-0739    Do not write outside this box 451-0406224

Note: For information only. Comment has no effect on bank's payment.

Drawer: JPMORGAN CHASE BANK, N.A.

Reginald Chambers, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

Security Features Details on Back

⑈9163325277⑈ ⑈044000037⑈ 758661425⑈

# ![UPS] Shipment Receipt

**Transaction Date:** 15 Jan 2020           **Tracking Number:**        1Z046W980198045003

## (1) Address Information

**Ship To:**

PAWTUCKET CITY - TAX
COLLECTOR
137 ROOSEVELT AVENUE
PAWTUCKET RI 028602129
Telephone:4017222427

**Ship From:**

Novad Management
Consulting LLC
2401 NW 23rd Street
1A1
Oklahoma
OKLAHOMA CITY OK 73107

**Return Address:**

Novad Management
Consulting LLC
BARBARA DOUGHTY
2401 NW 23rd Street
1A1
Oklahoma
OKLAHOMA CITY OK 73107
Telephone:3014295963
email:davonkelly@novadcons
ulting.com

## (2) Package Information

| | Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|---|
| 1. | 0.5 lbs (Letter billable) | UPS Letter | | Reference#1 - 4510406224 BROWN |

## (3) UPS Shipping Service and Shipping Options

| | |
|---|---|
| Service: | UPS Next Day Air |
| Guaranteed By: | 10:30 AM Thursday, Jan 16, 2020 |
| Shipping Fees Subtotal: | 50.83 USD |
| Transportation | 47.17 USD |
| Fuel Surcharge | 3.66 USD |

## (4) Payment Information

Bill Shipping Charges to:          Shipper's Account 046W98

| | |
|---|---|
| Shipping Charges: | 50.83 USD |

A discount has been applied for this shipment.

| | |
|---|---|
| Negotiated Charges: | 17.79 USD |
| Subtotal Shipping Charges: | 17.79 USD |
| Total Charges: | 17.79 USD |

Note: This document is not an invoice. Your final invoice may vary from the displayed reference rates.